**Order entered April 1, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00249-CV**

**IN RE DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, Relator**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-15335**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Carlos Cortez, Judge of the 44th District Court, to **VACATE** his February 7, 2014 Order on Petitioner Daniel Mergen's Verified Petition to Take Deposition Before Suit.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order. We **ORDER** that relator recover his costs of this original proceeding from real party in interest.

.

/s/    MICHAEL J. O'NEILL
           JUSTICE
